No. 78–253.   ESTES ET AL. v. METROPOLITIAN BRANCHES OF THE DALLAS NAACP ET AL.;

No. 78–282.   CURRY ET AL. v. METROPOLITAN BRANCHES OF THE DALLAS NAACP ET AL.; and

No. 78–283.   BRINEGAR ET AL. v. METROPOLITAN BRANCHES OF THE DALLAS NAACP ET AL.   C. A. 5th Cir.   [Certiorari granted, 440 U. S. 906.]   Motion of Dallas Alliance et al. for leave to file a brief as *amici curiae* granted.   Motion of petitioners Brinegar et al. for additional time for oral argument granted, and 15 additional minutes allotted for that purpose. Respondents also allotted 15 additional minutes for oral argument.   MR. JUSTICE MARSHALL took no part in the consideration or decision of these motions.

No. 78–630.   WASHINGTON ET AL. v. CONFEDERATED TRIBES OF THE COLVILLE INDIAN RESERVATION ET AL.; and WASHINGTON v. UNITED STATES ET AL.   D. C. E. D. Wash.   [Probable jurisdiction postponed, 440 U. S. 905.]   Motion of the Solicitor General for additional time for oral argument granted, and 15 additional minutes allotted to the appellees.   Appellants also allotted 15 additional minutes for oral argument.

No. 78–857.   NATIONAL LABOR RELATIONS BOARD v. YESHIVA UNIVERSITY; and

No. 78–997.   YESHIVA UNIVERSITY FACULTY ASSN. v. YESHIVA UNIVERSITY.   C. A. 2d Cir.   [Certiorari granted, 440 U. S. 906.]   Motion of the Solicitor General for divided argument granted.

No. 78–911.   INDUSTRIAL UNION DEPARTMENT, AFL–CIO v. AMERICAN PETROLEUM INSTITUTE ET AL.; and

No. 78–1036.   MARSHALL, SECRETARY OF LABOR v. AMERICAN PETROLEUM INSTITUTE ET AL.   C. A. 5th Cir.   [Certiorari granted, 440 U. S. 906.]   Motion of the Solicitor General for additional time for oral argument granted, and 15 additional minutes allotted to petitioners.   Respondents also allotted 15 additional minutes for oral argument.